IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIRK C. FISHER, | NO. 14-16514 |
| Plaintiff - Appellant, | D.C.No. 1:11-cv-00589-ACK- BMK |
| vs. | |
| LOUIS KEALOHA, et al., | District of Hawaii, Honolulu |
| Defendants-Appellees. | REPRESENTATION STATEMENT |

Pursuant to Federal Rule of Appellate Procedure 3-2, Plaintiff-Appellant KIRK C. FISHER's Representation Statement is attached hereto.

DATED: Honolulu, Hawai'i, August 13, 2014.

     /s/ Donald L. Wilkerson
DONALD L. WILKERSON
TE-HINA ICKES
Attorneys for Kirk C. Fisher
Plaintiff-Appellant

1003 Bishop Street, Suite 703
Honolulu, Hawaii 96813
Telephone: (808) 533-4447
Facsimile: (808) 369-8289
Email: don@allislandslaw.com

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiff-Appellant Kirk C. Fisher identifies the following parties to this action and their counsel of record.

1. DEFENDANT-APPELLEES: LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; CITY AND COUNTY OF HONOLULU

    D.SCOTT DODD
    MARGUERITE S. NOZAKI
    Department of the Corporation Counsel
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Telephone: (808) 768-5239
    Facsimile: (808) 768-5105
    email: dsdodd@honolulu.gov
    email: mnozaki@honolulu.gov

2. Amicus Curiae HAWAII DEFENSE FOUNDATION

    ALAN A. BECK
    4780 Governor Drive
    San Diego, CA 92122

    Telephone: (619) 971-0414
    email: ngord2000@yahoo.com

3. Amicus Curiae BRADY CENTER TO PREVENT GUN VIOLENCE

    MARK M. MURAKAMI
    1003 Bishop Street, Suite 1600
    Honolulu, HI 96813

    Telephone: (808) 531-8031
    Facsimile: (808) 533-2242
    email: mmm@hawaiilawyer.com

JEFF KOSSEFF
PHILLIP A. RUBIN
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004

    Telephone: (202) 662-6000
    Facsimile: (202) 662-6291
    email:   jkosseff@cov.com