IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| KIRK C. FISHER, | ) | NO. 14-16514 |
|---|---|---|
| | ) | |
| Plaintiff - Appellant, | ) | D.C.No. 1:11-cv-00589-ACK- BMK |
| | ) | |
| vs. | ) | |
| | ) | District of Hawaii, Honolulu |
| LOUIS KEALOHA, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I CERTIFY that on August 13, 2014, the foregoing Mediation Questionnaire and Representation Statement was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

    TO:   D.SCOTT DODD  (VIA CM/ECF)
           MARGUERITE S. NOZAKI (VIA CM/ECF)
           Department of the Corporation Counsel
           530 South King Street, Room 110
           Honolulu, Hawaii 96813

           Attorneys for Defendants
           CITY AND COUNTY OF HONOLULU
           LOUIS KEALOHA

ALAN A. BECK   (VIA CM/ECF)
4780 Governor Drive
San Diego, CA 92122

    Attorney for Amicus Curiae
    HAWAII DEFENSE FOUNDATION


MARK M. MURAKAMI (VIA CM/ECF)
JEFF KOSSEFF
PHILLIP A. RUBIN
1003 Bishop Street, Suite 1600
Honolulu, HI 96813

    Attorneys for Amicus Curiae
    BRADY CENTER TO PREVENT
    GUN VIOLENCE


Dated: Honolulu, Hawaii, August 13, 2014.


                                        */s/  Donald L. Wilkerson*
                                    DONALD L. WILKERSON
                                    TE-HINA ICKES
                                    Attorneys for Plaintiff
                                    KIRK C. FISHER